**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 95-50623**
**Summary Calendar**
_____

**BRENHAM COMMUNITY PROTECTIVE ASSOCIATION,**

**Plaintiff - Appellant,**

**versus**

**UNITED STATES DEPARTMENT OF AGRICULTURE;**
**FARMERS HOME ADMINISTRATION; NEAL SOX JOHNSON;**
**ROBERT FARIS; BRENHAM RURAL HOUSING, LTD.;**
**LARRY C. WASHBURN; I - X DOES INCLUSIVELY,**

**Defendants - Appellees.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(A-94-CV-317)**
_____

July 10, 1996

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Brenham County Protective Association (BCPA) challenges the summary judgment awarded the defendants as to the declaratory and injunctive relief sought by BCPA against a proposed housing project for low-income elderly tenants, which would be financed with federal monies pursuant to the Housing Act of 1949, 42 U.S.C. §

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

1485, and located near property owned by BCPA members.  Pursuant to our requisite *de novo* review, and for essentially those reasons assigned in the two detailed and comprehensive opinions of July 24, 1995, upon which the judgment is based, the judgment is

*AFFIRMED.*